UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-20084-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIMON MEJIAS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE AS PREMATURE

THIS CAUSE comes before the Court upon the Defendant's June 4, 2009 Motion to Terminate Supervised Release (D.E. #31), which was filed under seal. The Government responded on July 10, 2009 in opposition and also filed a motion to unseal (D.E. #33).

In the instant Motion, the Defendant—currently in prison—moves the Court to terminate his supervised release based upon the assertion that he has "taken numerous steps towards rehabilitating himself." (D.E. #31). The Defendant, however, is ineligible at this time to move for a termination of court-ordered supervised release. *See* 18 U.S.C. § 3583(e)(1) (holding that a court may, "after considering the factors of Section 3553, termination a term of supervised release and discharge the defendant released <u>at any time after the expiration of one year of supervised release</u> . . . ") (emphasis added).

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows

1. Defendant's Motion to Terminate Supervised Release **(D.E. #31)** be, and the same is hereby, **DENIED without prejudice to refile** if and when Defendant becomes eligible for such relief.

2. The Government's Motion to Unseal Docket Entry Numbers 31 and 32 **(D.E. #33)** be, and the same is hereby, **DENIED as moot**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 13th day of July, 2009.

```
                    _____
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

cc:

*Counsel for the Government*
**Benjamin Daniel**
United States Attorney's Office
99 NE 4 Street
Miami , FL 33132

**Simon Mejias, pro se**
USM# 68185-004
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887